# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 13, 2018

### NO. 03-18-00492-CV

**Sight's My Line, Inc., a Florida Corporation, and Stewart Lantz, Appellants**

**v.**

**Riggs Aleshire & Ray, a Texas Professional Corporation;
Blazier, Christensen, Bigelow & Virr, a Texas Professional Corporation; and
Adams & Graham, a Texas Limited Liability Partnership, Appellees**

---

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE PURYEAR**

---

This is an appeal from the judgment signed by the trial court on June 19, 2018. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.